**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2388**

VITO ANTONIO LAERA,

Plaintiff – Appellant,

v.

ROBIN S. ROSENBAUM; PATRICK M. HUNT; JONATHAN GOODMAN; JOAN
A. LENARD; WILLIAM H. PRYOR, JR.; JULIE E. CARNES; UNITED
STATES OF AMERICA; STANLEY MARCUS,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad,
Jr., District Judge. (3:15-cv-00371-RJC-DCK)

Submitted: February 16, 2017        Decided: February 21, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vito Antonio Laera, Appellant Pro Se. Tiffany Mallory Moore,
OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vito Antonio Laera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Laera v. Rosenbaum, No. 3:15-cv-00371-RJC-DCK (W.D.N.C. Nov. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED